| | |
|---|---|
| ✎PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* <br> 0976 1:22CR00013-001 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* <br> CR-22-50202-PHX-SMB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| GAFFNEY, Matthew | Idaho | |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable David C. Nye | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 05/17/2022 | TO 05/16/2027 |

OFFENSE

Theft of Government Funds - 18 §641

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE                    DISTRICT OF    Idaho

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Arizona   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 15, 2022                                                            *[signature]*
   Date                                                               United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE                    DISTRICT OF    Arizona

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 12, 2022                                                     *[signature]*
   Effective Date                                                       United States District Judge